Case 4:17-cv-02610   Document 52   Filed on 08/05/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 05, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MCDONALD NORTH, § § Plaintiff, § VS. § § GENERAL PLASTICS AND COMPOSITES, § L.P., § § Defendant. § | CIVIL ACTION NO. 4:17-CV-02610 |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum & Order entered this date, this action is **DISMISSED** with prejudice.

It is further **ORDERED** that Defendant General Plastics is entitled to recover its costs of court from Plaintiff, McDonald North.

This is a final judgment.

SIGNED at Houston, Texas, this 5th day of August, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE